IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TOMMY DEMINTO WHITE, #84837**                              **PLAINTIFF**

V.                                **CIVIL ACTION NO. 1:16-cv-101-JCG**

**JAQUELINE BANKS, MARSHALL
TURNER, HUBERT DAVIS,
TIMOTHY BARNES, KENNETH
POWELL, ADRIAN KEYS,
CHRISTOPHER WOOLMAN,
THOMAS BYRD, REGINA REED, and
ANTHONY BEASLEY**                                        **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

In accordance with the Court's Memorandum Opinion and Order Granting Defendants' Motion for Summary Judgment, final judgment is hereby entered in favor of Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff's claim regarding an alleged denial of a religious diet is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. Plaintiff's claims regarding theft of personal property, MDOC's grooming policy, the RVRs issued by Officer Smith, and the intra-prison transfer are **DISMISSED WITH PREJUDICE** because they are frivolous. Dismissal of this action counts as a strike pursuant to 42 U.S.C. § 1997e(e).

**SO ORDERED** this the 6th day of September, 2017.

                                                 *s/ John C. Gargiulo*
                                                 JOHN C. GARGIULO
                                                 UNITED STATES MAGISTRATE JUDGE